Cox *et ux. vs.* The East Tennessee, Virginia and Georgia Railroad Company.

An application by a foreign corporation to remove a case from a state court to the circuit court of the United States on account of fear of failure of justice through local prejudice, etc., need not be filed at the appearance term, but at any time before trial.

Warner, Chief Justice.

---

Cleveland *vs.* Walden.

Where suit was brought in 1877 in a justice court, on a cause of action which, on the face of the record, accrued prior to June, 1865, judgment rendered for the plaintiff and an appeal taken by the defendant, it was not error to dismiss the case on motion, although the plea of the statute of limitations had been theretofore filed.

Warner, Chief Justice.